HANNAH McGEE, as Administratrix of the Estate of PATRICK McGEE, Deceased, Respondent, *v.* THE TOWN OF WEST SENECA, Appellant.

*McGee* v. *Town of West Seneca*, 129 App. Div. 935, affirmed.
(Argued December 10, 1909; decided January 11, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 27, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*William J. Evans* for appellant.

*Frederick G. Bagley*, *Thomas A. Sullivan* and *Robert Farrington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.   Absent: CULLEN, Ch. J.